# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA BERMUDEZ, | : | |
|     Plaintiff, | : | 19-cv-4085-JMY |
| | : | |
| v. | : | |
| | : | |
| PROGRESSIVE INSURANCE CO., | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 19th day of July 2021, upon consideration of the Motion for Partial Summary Judgment (ECF No. 29) and the Motion to Bifurcate Trial (ECF No. 38) filed by the Defendant, and all papers filed in support thereof and in opposition thereto, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendant's Motion for Partial Summary Judgment shall be DENIED; and

2. Defendant's Motion to Bifurcate Trial shall be DENIED.

IT IS SO ORDERED.

BY THE COURT:

   /s John Milton Younge
Judge John M. Younge